UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-MJ-1556

IN THE MATTER OF THE APPLICATION OF )
THE UNITED STATES OF AMERICA )
FOR A CRIMINAL COMPLAINT AND ARREST )
WARRANT ON: ) **ORDER TO UNSEAL**
)
AKIN SEAN EL PRECISE BEY )
)

Upon motion of the Government, the previously submitted Affidavit in the above-captioned matter is hereby ORDERED unsealed.

SO ORDERED.

Dated: June 12, 2015

*Robert T Numbers II*

Robert T. Numbers, II
United States Magistrate Judge